161 So.2d 281

**Sam J. RECILE**

v.

**Brandon L. CHASE.**

**No. 47109.**

March 16, 1964.

In re: Sam J. Recile applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 31.

The application is denied. According to the facts of the case, as found to be by the

Court of Appeal, there appears no error of law in the judgment complained of.